IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOMMY RINEHART and**                                                            **PLAINTIFFS**
**JOSEPH DEE CURREY**

v.                             Case No. 4:22-CV-305-LPR

**ABDALLAH M. HAMDEN and**
**BARAKAT GROUND, INC.**                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the parties' Joint Motion and the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are DISMISSED with prejudice.

IT IS SO ADJUDGED this 21st day of July 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE